*P. Picadio,* with him *Reding, Blackstone, Rea & Sell,* for appellant, at No. 187; *Thomas Hollander,* with him *Evans, Ivory & Evans,* for appellee, at Nos. 181 and 187; *Anthony P. Picadio,* with him *Thomas Hollander,* and *Reding, Blackstone, Rea & Sell,* and *Evans, Ivory & Evans,* for appellee, at No. 185.

Order and judgment affirmed in each appeal.

SPAETH, J., absent.

## Tishman *v.* Tishman, Appellant.

Argued April 16, 1975. *Henry E. Rea, Jr.,* with him *Brandt, McManus, Brandt & Malone,* for appellant; *Abraham J. Glick,* for appellee.

Order affirmed.

## Union Real Estate Company of Pittsburgh *v.* Brown, et al., Appellants.

opinion by SILVESTRI, J. Argued April 17, 1975. *Frank E. Coho,* for appellants; No appearance entered nor brief submitted for appellee.

Order affirmed.

JACOBS, J., absent.

## Washnock *v.* Washnock, Appellant.

opinion by SCULCO, J. Argued April 17, 1975. *Joseph M. Loughran,* with him *Loughran, Loughran & Mlakar,* for appellant; *Ned J. Nakles,* for appellee.